UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDELMANN FAMILY TRUST, J.L. HEIDELMANN, an individual, and JENNIE HEIDELMANN, and individual, trustees,<br><br>            Plaintiffs,<br><br>v.<br><br>NATIONAL RV HOLDINGS, INC., a corporation; COUNTRY COACH, a business entity, form unknown; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 07cv1138-BTM (BLM)<br><br>**ORDER CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO A TELEPHONIC CONFERENCE** |

    In a request dated July 10, 2007, Defendant Country Coach requests permission for its corporate representative, Jay Howard, to appear telephonically at the Early Neutral Evaluation Conference ("ENE") because he resides in Junction City, Oregon. Doc. No. 4. Vincent Axelson, counsel for Country Coach, contends that because Defendants have not inspected the motorhome at issue and need to do so before there is a realistic chance of settling, it would be extremely burdensome for Mr. Howard to travel to San Diego. Id.; Doc. No. 7. Plaintiffs object

to this request. Doc. No. 6.

In light of Country Coach's request and the statements regarding the need to conduct discovery prior to engaging in meaningful settlement discussions, as well as Plaintiffs' objections, the Court finds it appropriate to convert the ENE to a <u>telephonic</u>, <u>attorneys-only</u> conference. Accordingly, the ENE currently scheduled for **July 23, 2007** at **1:30 p.m.** shall be a <u>telephonic</u>, <u>attorneys-only</u> conference. The Court will initiate the call.

**IT IS SO ORDERED.**

DATED:  July 12, 2007

_____
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE BARRY TED MOSKOWITZ
U.S. DISTRICT JUDGE

ALL COUNSEL