UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDEMANN FAMILY TRUST, J.L. HEIDEMANN, an individual, and JENNIE HEIDEMANN, an individual, trustees<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RV HOLDINGS, INC., a corporation; COUNTRY COACH, a business entity, form unknown; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 07-cv-01138-BTM-BLM<br><br>**ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE RE: BANKRUPTCY FOR 90 DAYS**<br><br>Judge Barry Ted Moskowitz<br>Courtroom 1<br><br>Action Filed:  May 14, 2007 |

    Having read the foregoing Stipulation between Plaintiffs HEIDEMANN FAMILY TRUST, J.L. HEIDEMANN, and JENNIE HEIDEMANN, and Defendant COUNTRY COACH, that this Court continue the status conference currently scheduled for April 16, 2010 for 90 days,

///

///

///

///

1

1  and good cause appearing therefore, the Court **GRANTS** the Stipulation
2  and continues the status conference to **August 20, 2010 at 11:00**.  No
3  personal appearances are necessary and the parties may jointly notify
4  the Court in writing regarding the status of Defendant's bankruptcy.
5  **IT IS SO ORDERED.**

Date: April 21, 2010                    _____
                                        JUDGE OF THE DISTRICT COURT

2

ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE